CHILDREN'S TELEVISION WORKSHOP, Respondent, v. SESAME NURSERY CENTERS, INC., et al., Appellants, et al., Defendants.—

Concur — McGivern, J. P., Markewich, Nunez, Kupferman and Tilzer, JJ.